

FILED

08 APR 21 AM 9: 55

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

United States ex rel. Chris Mumme and
Gail R. Mumme,

    Plaintiffs,

vs.                                             Case No. 8:07-cv-793-T-30TBM

Adventist Health Systems, Inc., Zephyr
Haven Nursing Home, and East Pasco
Medical Center,

    Defendants.

_____/

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that

1. the complaint be unsealed and served upon the defendants by the relators;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to



intervene in this action, for good cause, at any time;

    5. all orders of this Court shall be sent to the United States; and that

    6. should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**DONE and ORDERED** in Chambers in Tampa, Florida, this __18__ day of April, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:

Lacy R. Harwell, Jr.
Assistant United States Attorney
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

Julia Callahan
Trial Attorney, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044

Mr. and Mrs. Chris Mumme
3540 Ranger Parkway
Zephyrhills, FL 33541