**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRIS MUMME, *pro se*, and
GAIL MUMME, *pro se*,

    Plaintiffs,

v.                                                       Case No.  8:07-cv-793-T-30TBM

ADVENTIST HEALTH SYSTEM, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiffs' Motion for Voluntary Dismissal of Case (Dkt. #5). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Said Motion for Voluntary Dismissal of Case (Dkt. #5) is GRANTED.

    2.    This cause is dismissed without prejudice.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 21, 2008.

                                                           JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-793.dismissal 5.wpd